UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KERRI CUNNINGHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:20-cv-01364-JRS-DLP |
| | ) |
| TRANSWORLD SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

**Final Judgment**

For the reasons set forth in the Order signed this day and the Court's December 1, 2020, Order on Defendant's motion to dismiss, (ECF No. 44), it is **ordered** and **adjudged** that Plaintiff Kerri Cunningham shall **take nothing** in this action against Defendant Transworld Systems, Inc. Plaintiff's claims are **dismissed** on the merits with prejudice. This is a **final judgment**.

**SO ORDERED.**

Date: 2/8/2021

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

1

Distribution:

Andrew E. Cunningham
SESSIONS, ISRAEL & SHARTLE, LLC
acunningham@sessions.legal

Morgan I. Marcus
SESSIONS, ISRAEL & SHARTLE, LLC
mmarcus@sessions.legal

David J. Philipps
PHILIPPS AND PHILIPPS, LTD.
davephilipps@aol.com

Mary E. Philipps
PHILIPPS AND PHILIPPS, LTD.
mephilipps@aol.com

Angie K. Robertson
PHILIPPS AND PHILIPPS, LTD.
angie@philippslegal.com

John Thomas Steinkamp
JOHN STEINKAMP & ASSOCIATES
John@johnsteinkampandassociates.com